# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



13 APR -5 PM 1:49

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                vs.<br><br>ULISES URIEL PEREZ-GUTIERREZ<br>aka: URIEL PEREZ GUTIERREZ<br><br>                        Defendant. | CASE NO. 13-cr-00753-AJB<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

X   of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine (1)

---

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/4/13

Barbara L. Major
U.S. Magistrate Judge